UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHARLENE WARD,<br><br>    Plaintiff,<br><br>    v.<br><br>NORTHEAST TRI-COUNTY HEALTH DISTRICT and DAVID WINDOM,<br><br>    Defendants. | NO: 2:14-CV-61-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

**BEFORE** the Court is the parties' Stipulated Motion for Entry of Order of Dismissal with Prejudice. ECF No. 8. Having reviewed the stipulated motion and the file and pleadings, the Court finds good cause to grant dismissal.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Entry of Order of Dismissal, **ECF No. 8**, is **GRANTED**. Plaintiff's Complaint is dismissed with prejudice and without costs or fees to any party.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** this 8th day of September 2014.

        *s/ Rosanna Malouf Peterson*
        ROSANNA MALOUF PETERSON
        Chief United States District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2